IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CYNTHIA OYLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:21-cv-288-OLG |
| BW GALLERIA, LLC, d/b/a ) | |
| GALLERIA OAKS, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE**

COMES NOW the Plaintiff, CYNTHIA OYLER ("Plaintiff"), by and through the undersigned counsel, and hereby files this Stipulation to Dismiss Complaint Without Prejudice.

Respectfully submitted this 28th day of July, 2021.

    Respectfully submitted,

    **KURZ LAW GROUP, LLC**
    4355 Cobb Parkway, Suite J-285
    Atlanta, GA 30339
    www.kurzlawgroup.com
    (404) 805-2494 Telephone
    (770) 428-5356 Facsimile

    By: */s/ Dennis R. Kurz*
        Dennis R. Kurz
        Texas State Bar No. 24068183
        dennis@kurzlawgroup.com
    **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of July, 2021, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

*[None on record]*

                                          */s/ Dennis R. Kurz*
                                          Dennis R. Kurz